AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                   DISTRICT OF                   New York

**APPEARANCE**

Case Number: 07-CV-8177 (KJK)(GAY)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Equal Employment Opportunity Commission

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/3/2007 | *Monique J. Roberts* (signature) |
| Date | Signature |
| | Monique J. Roberts (MR-6338) |
| | Print Name / Bar Number |
| | 33 Whitehall Street, 5th Floor |
| | Address |
| | New York, NY 10004 |
| | City / State / Zip Code |
| | (212) 336-3704    (212) 336-3623 |
| | Phone Number / Fax Number |