

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
TTY: (800)-669-6820
District Office: (212) 336-3721
General FAX: (212) 336-3625

Monique J. Roberts
Trial Attorney
Phone (212) 336-3704
Fax (212) 336-3623
monique.roberts@eeoc.gov

RECEIVED
NOV - 5 2007
MEMO ENDORSED

<u>**VIA FACSIMILE TRANSMISSION (914-390-4152)**</u>
*(Permission to fax given to counsel by Alicia)*

November 5, 2007

Kenneth M. Karas
United States District Court Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

    Re:    <u>EEOC v. Putnam Stone & Mason Supply Inc.</u>, 07 CV 8177 (KMK) (GAY)

Dear Judge Karas:

    On Wednesday October 31, 2007, EEOC filed an Executed Waiver of Summons in the above referenced case. The date was incorrectly stated as to when the Request for Waiver was sent to Defendant and, therefore the due date for Defendant's Answer is also incorrect. EEOC spoke with a technician from the ECF Helpdesk regarding this issue and was instructed to write this letter, addressed to Your Honor, requesting that the date for when the Request for Waiver of Summons was sent to Defendant be changed **FROM** <u>October 24, 2007</u> **TO the correct date** <u>September 26, 2007</u>.

Thank you for your time and attention to this matter.

Respectfully,

*/s/ Monique J. Roberts*
Monique J. Roberts

So ordered.

*/s/*
11/6/07

cc:    Donia Sawwan, Esq.
        Fox Rothschild LLP
        100 Park Avenue, Suite 1500
        New York, New York
        212-692-0940 (F)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```