AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

## APPEARANCE

Case Number: 07-CV-8177(KMK)(GAY)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Putnam Stone & Mason Supply, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/20/2007 | *[signature]* |
| Date | Signature |
| | Keith R. McMurdy |
| | Print Name / Bar Number |
| | 100 Park Avenue, Suite 1500 |
| | Address |
| | New York / NY / 10017 |
| | City / State / Zip Code |
| | (212) 878-7900 / (212) 692-0940 |
| | Phone Number / Fax Number |