AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern　　　DISTRICT OF　　　New York

## APPEARANCE

Case Number: 07-CV-8177

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Putnam Stone & Mason Supply, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/20/2007 | *(signature)* |
| Date | Signature |

| Donia Sawwan | ds1031 |
|---|---|
| Print Name | Bar Number |

100 Park Avenue, Suite 1500
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 878-7900 | (212) 692-0940 |
|---|---|
| Phone Number | Fax Number |