*Karas, J*

FOX ROTHSCHILD LLP
Attorneys for Defendant Putnam Stone & Mason Supply, Inc.
100 Park Avenue, Suite 1500
New York, NY 10017
(212) 878-7900

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY          :
COMMISSION,                            :      07-CV-8177 (KMK)(GAY)
                                       :
            Plaintiff,                 :      **STIPULATION AND ORDER**
                                       :      **EXTENDING TIME TO**
      v.                               :      **ANSWER THE COMPLAINT**
                                       :
PUTNAM STONE & MASON SUPPLY, INC.     :
                                       :
            Defendants.                :
---------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties in the above-captioned action, that the time within which Defendant may answer the Complaint is extended from November 26, 2007 up to and including January 14, 2008. This is the first extension of time relating to this matter.

Dated: November 19, 2007

FOX ROTHSCHILD LLP
Attorneys for Defendant

By: /s/ Donia Sawwan
Donia Sawwan, Esq. (DS/9338)
100 Park Avenue, Suite 1500
New York, NY 10017
(212) 878-7900
dsawwan@foxrothschild.com

FOR THE EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By: /s/ Judy Keenan
Judy Keenan
Supervisory Trial Attorney
U.S. Equal Employment Opportunity
Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, NY  10004
(212) 336-3705
judy.keenan@eeoc.gov

#70648 v1 - putnam stip extending time to answer
NY1 70648v1 11/19/07

SO ORDERED:

_____
The Honorable ~~George A. Yanthis~~, U.S.D.J.
Kenneth M. Karas
11/20/07

457092-1
NY1 70648v1 11/19/07