FOX ROTHSCHILD LLP
Attorneys for Defendant Putnam Stone & Mason Supply, Inc.
100 Park Avenue, Suite 1500
New York, NY 10017
(212) 878-7900

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

v.

PUTNAM STONE & MASON SUPPLY, INC.

        Defendants.
------------------------------------x

07-CV-8177 (KMK)(GAY)

**STIPULATION AND ORDER
EXTENDING TIME TO
ANSWER THE COMPLAINT**

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties in the above-captioned action, that the time within which Defendant may answer the Complaint is extended from January 14, 2008 up to and including January 28, 2008.

Dated: January 9, 2008

| | |
|---|---|
| FOX ROTHSCHILD LLP<br>Attorneys for Defendant<br><br>By: _/s/ Donia Sawwan_<br>Donia Sawwan, Esq. (DS/9338)<br>100 Park Avenue, Suite 1500<br>New York, NY 10017<br>(212) 878-7900<br>dsawwan@foxrothschild.com | FOR THE EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br><br>By: _/s/ Judy Keenan_<br>Judy Keenan<br>Supervisory Trial Attorney<br>U.S. Equal Employment Opportunity<br>Commission<br>New York District Office<br>33 Whitehall Street, 5th Floor<br>New York, NY 10004<br>(212) 336-3705<br>judy.keenan@eeoc.gov |

#99047 v1 - putnam stip extending time
NY1 99047v1 01/09/08

SO ORDERED:

_____
The Honorable Kenneth M. Karas, U.S.D.J.

Dated: 1/14/08

457092-1
NY1 99047v1 01/09/08